## ORDER

Let the Writ Issue.

DATED: December 22, 2022

_____
Hon. Susan D. Wigenton, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to the Montgomery Detention Facility

WE COMMAND YOU that you have the body of

TYHEIM TERRY, D/O/B 7/21/1998; FBI No. 140925TD6,

in the custody of the Montgomery Detention Facility, brought to the United States District Court, MLK, Jr. Bldg. & U.S. Courthouse, Newark, New Jersey, before the Hon. Susan D. Wigenton on Thursday, January 12, 2023, at 11:00 a.m. for an arraignment, in the matter of United States v. Tyheim Terry, 21-cr-369 (SDW).

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey

DATED: Dec. 22nd, 2022

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. TYHEIM TERRY 21-cr-369 (SDW)

## PETITION FOR WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum           ( ) Ad Testificandum

1. TYHEIM TERRY, D/O/B 7/21/1998; FBI No. 140925TD6 (hereinafter the "Detainee") is in the custody of the Montgomery Detention Facility in Montgomery, Alabama.

2. The Detainee is

   charged in this District by: (X) Indictment    () Information    () Complaint

   with a violation of 18 USC § 1962(d) and related charges.

3. The Detainee will be required at United States District Court, MLK, Jr. Bldg. & U.S. Courthouse, Newark, New Jersey, before the Hon. Susan D. Wigenton, on Thursday, January 12, 2023, at 11:00 a.m. for an arraignment in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED:  December 21, 2022

/s/Francesca Liquori
_____
Francesca Liquori
Assistant U.S. Attorney
Petitioner